| | |
|---|---|
| **From:** | Bonnie Travaglio Hunt |
| **To:** | Leah Gibbons |
| **Cc:** | Pasha Buyck; Trudy Humphries |
| **Subject:** | Re: 4:22-cv-01437-JD Pomerantz v. Coastal Carolina University, et al |
| **Date:** | Friday, July 11, 2025 10:46:18 AM |

**CAUTION - EXTERNAL:**

Yes, ma'am we consent. Y'all have a good weekend.

Bonnie Travaglio Hunt
Hunt Law LLC
Physical Address: 4000 Faber Place, Suite 300, North Charleston SC 29405.
Mailing Address: Post Office Box 1845, Goose Creek, SC 29445.

(843)553-8709 office
(843)492-5509 fax
(843)412-2666 cellular.


On Fri, Jul 11, 2025 at 10:41 AM Leah Gibbons <Leah_Suttles@scd.uscourts.gov> wrote:

> Trudy – Thank you for your email!
>
> Bonnie – Does your client consent to a Rubin Order being entered?
>
> 
> **Leah Suttles Gibbons**
> Civil Case Administrator II | Florence Division
> United States District Court | South Carolina
> 401 W. Evans St | Florence, SC 29501 | P: 843.676.3822
>
> **From:** Trudy Humphries <thumphries@willcoxlaw.com>
> **Sent:** Friday, July 11, 2025 10:33 AM
> **To:** Debbie Stokes <Debbie_Stokes@scd.uscourts.gov>
> **Cc:** Pasha Buyck <mb3@willcoxlaw.com>; Bonnie Travaglio Hunt <bthunt@huntlawllc.com>

**Subject:** 4:22-cv-01437-JD Pomerantz v. Coastal Carolina University, et al

**CAUTION - EXTERNAL:**

Good morning, Debbie – please allow this to confirm our telephone conversation of this morning wherein we advised that the above-referenced case has settled and the parties are requesting the Court issue a Rubin Order. Should you need any additional information, please do not hesitate to contact us.

Thank you for your assistance in this matter.

Trudy

*Trudy P. Humphries*

Paralegal to Mark Buyck, III

Willcox Buyck & Williams, P.A.

248 W. Evans St | Florence, SC 29501

PO Box 1909 | Florence, SC 29503

843 662-3258|office  843 664-3362|direct  843 662-1342|fax
thumphries@willcoxlaw.com |willcoxlaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

4:22-cv-01437-JD     Date Filed 07/11/25     Entry Number 86     Page 3 of 3